# United States Bankruptcy Court
## Northern District of Alabama

In re **Jacquis Wallace**
Debtor(s)

Case No. _____
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Jacquis Wallace**, declare under penalty of perjury that the foregoing is true and correct:

- [✓] I have not been employed by any employer within the 60 days before the date of the filing of the petition. The only income I receive is Social Security in the amount of $1009.00 monthly. Additionally, I receive Social Security for my Granddaughter in the amount of $1400.00 monthly.

Date **February 11, 2021**

Signature **/s/ Jacquis Wallace**
**Jacquis Wallace**
Debtor