United States Bankruptcy Court
Northern District of Alabama

In re:  Case No. 21-00324-DSC
Jacquis Wallace  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2      User: admin      Page 1 of 3
Date Rcvd: Mar 16, 2022      Form ID: van124      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacquis Wallace, 938 Park Place, Birmingham, AL 35215-7306 |
| 10613318 | + | Barrington Parc Apartments, 6000 Barrington Pkwy, Moody, AL 35004-3238 |
| 10613320 | + | Beckett & Lee, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 10613322 | + | CFI Resort Management, 2801 Old Winter Garden Rd, Ocoee, FL 34761-2965 |
| 10613326 | + | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 10613327 | + | Geico, 5260 Western Ave, Chevy Chase, MD 20815-3799 |
| 10613328 | + | Kohl's/Capital One, C/O Richard D. Fairbank, CEO, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 10653774 | + | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, Bankruptcy Department, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 10613315 | + | Loancare Inc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 10613334 | + | Sallie Mae Bank, C/O EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 10613340 | + | TitleMax of Alabama, C/O Clifton Lewis, 2 North Jackson St Ste 605, Montgomery, AL 36104-3821 |
| 10613339 | + | US Department of Education, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 10614443 | + | Email/Text: G2APCBANK@southernco.com | Mar 16 2022 23:34:00 | ALABAMA POWER COMPANY, ATTN: BARBARA J RICE, 600 NORTH 18TH STREET, BOX 17N-0043, BIRMINGHAM, AL 35203-2200 |
| 10613317 | + | EDI: CINGMIDLAND.COM | Mar 17 2022 03:18:00 | AT&T Mobility, 1025 Lenox Park Blvd., Atlanta, GA 30319-5309 |
| 10613314 | + | Email/Text: G2APCBANK@southernco.com | Mar 16 2022 23:34:00 | Alabama Power, 600 18th Street North, Birmingham, AL 35203-2200 |
| 10613319 | + | Email/Text: bankruptcy@bbandt.com | Mar 16 2022 23:34:00 | BB&T Financial Services, C/O Kelly King, CEO, 110 South Stratford Road, Winston Salem, NC 27104-4244 |
| 10641745 | + | Email/Text: bankruptcy@bbandt.com | Mar 16 2022 23:34:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 10613323 | | Email/Text: wanda@thecheckdepot.com | Mar 16 2022 23:33:00 | Check Depot, Corporate Office, 224 Gadsden Highway, #4, Birmingham, AL 35235 |
| 10613321 | + | Email/Text: bankruptcy@cashcentral.com | Mar 16 2022 23:35:00 | Cash Central, C/O Todd Jenson, CEO, 84 E 2400 N, Logan, UT 84341-2902 |
| 10613324 | + | EDI: CITICORP.COM | Mar 17 2022 03:18:00 | Citibank Division of Citigroup, C/O Michael Corbat, CEO, 388 Greenwich Street, New York, NY 10013-2362 |
| 10631373 | | EDI: CITICORP.COM | Mar 17 2022 03:18:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 10613325 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 16 2022 23:41:25 | Credit One Bank, N.A., C/O Robert DeJong, CEO, 585 Pilot Road, Las Vegas, NV 89119-3619 |
| 10613330 | + | EDI: CITICORP.COM | Mar 17 2022 03:18:00 | Macys/DSNB, 701 E 60th St N, Sioux Falls, SD |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 57104 |
| 10631480 | | EDI: Q3G.COM | Mar 17 2022 03:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 10613329 | + | EDI: CCS.COM | Mar 17 2022 03:18:00 | Liberty Mutual, C/O Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 10613331 | + | EDI: MID8.COM | Mar 17 2022 03:18:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 10613332 | + | Email/Text: bankruptcy@ncaks.com | Mar 16 2022 23:33:00 | National Credit Adjusters, 327 W 4th Avenue, Hutchinson, KS 67501-4842 |
| 10613333 | | EDI: PRA.COM | Mar 17 2022 03:18:00 | Portfolio Recovery Associates, C/O Steven D Fredrickson, CEO, 140 Corporate Boulevard, Norfolk, VA 23502 |
| 10613335 | | Email/Text: admin@securedresolutions.com | Mar 16 2022 23:35:00 | Secured Resolutions LLC, PO Box 1408, Buffalo, NY 14226-7408 |
| 10613336 | + | Email/Text: bhambankruptcy@r1rcm.com | Mar 16 2022 23:35:00 | St. Vincent's East, C/O Andrew Gnann, CEO, 50 Medical Park East Drive, Birmingham, AL 35235-3401 |
| 10613337 | + | EDI: RMSC.COM | Mar 17 2022 03:18:00 | Syncb, PO Box 965013, Orlando, FL 32896-5013 |
| 10647336 | + | EDI: RMSC.COM | Mar 17 2022 03:18:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 10613338 | + | EDI: RMSC.COM | Mar 17 2022 03:18:00 | TJX/Synchrony Bank, C/O Margaret M. Keane, CEO, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 10613316 | | Email/Text: BankruptcyNotices@titlemax.com | Mar 16 2022 23:34:00 | TitleMax of Alabama, C/O Ebony Thomas, President, 15 Bull Street Ste 200, Savannah, GA 31401 |
| 10767750 | | Email/Text: BankruptcyNotices@titlemax.com | Mar 16 2022 23:34:00 | TitleMax of Alabama, Inc., 15 Bull Street, Suite 200, Savannah, GA 31401 |
| 10613339 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 16 2022 23:34:00 | US Department of Education, 2401 International Lane, Madison, WI 53704-3121 |
| 10653602 | | EDI: AIS.COM | Mar 17 2022 03:18:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10617257 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 1126-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 16, 2022 | Form ID: van124 | Total Noticed: 36 |

Date: Mar 18, 2022        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradford W. Caraway | ctmail@ch13bham.com  bhamch13@ecf.epiqsystems.com |
| Jackson E Duncan, III | on behalf of Creditor Lakeview Loan Servicing  LLC by LoanCare, LLC its servicing agent jackson.duncan@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Jackson E Duncan, III | on behalf of Creditor LoanCare  LLC jackson.duncan@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Joe S Erdberg | on behalf of Debtor Jacquis Wallace joe@333lawyers.com  jandeecf@gmail.com;r54371@notify.bestcase.com |

TOTAL: 4

Van−124 [Order Dismissing Case] (Rev. 09/15)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**  
Jacquis Wallace  
**SSN:** xxx−xx−6301

**Case No.** 21−00324−DSC13  
**Chapter** 13

**Debtor(s)**

## ORDER DISMISSING CASE

This matter came before the Court on **3/15/2022** for a hearing on the **Trustee's Motion to Dismiss Case.** The Court considered the Trustee's Motion to Dismiss Case, and it appears to the Court that said Motion is due to be **GRANTED**.

It is therefore **ORDERED, ADJUDGED, and DECREED** that:

The **Trustee's Motion to Dismiss Case** is **GRANTED** and this case is **DISMISSED.**

Dated: March 16, 2022

/s/ D. Sims Crawford  
United States Bankruptcy Judge

rwh